**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

EDWARD D. FAGAN

            PLAINTIFF(S)

         v.

APT GROUP LTD, et al.,

           DEFENDANT(S).

CASE NUMBER
  9:23−cv−81499−RLR

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Gerard Joseph**
**Trafico Productions LLC**
**Ria Joseph**

as of course, on the date January 5, 2024.

**Angela E. Noble**
CLERK OF COURT

By  _/s/ Nicole S Cubic_
Deputy Clerk

cc: Judge Robin L. Rosenberg
    Edward D. Fagan
    590 NE Wavecrest Way

    Boca Raton, FL
33432

CV–37 (10/01)